IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | CRIMINAL NO. 1:22-CR-71 |
| | § | |
| MARCO TULIO CANTE SALAZAR (1) | § | |
| WILFIDO ANIBAL MONTES CARRILLO (2) | § | |

# ORDER

Came to be heard the Government's Motion to Dismiss the Indictment Against Defendants, Marco Tulio Cante Salazar and Wilfido Anibal Montes Carrillo, and the Court having considered the same, it is accordingly,

ORDERED that the Government's Motion to Dismiss the Indictment Against Defendants, Marco Tulio Cante Salazar and Wilfido Anibal Montes Carrillo be GRANTED.

SIGNED at Beaumont, Texas, this 11th day of January, 2023.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE